HANLY, J.  The issues involved in this action are the same as in Bank v. McGuire decided at the present term, 12 S. D., 226 80 N. W. 1074.  For the reasons therein stated, the judgment of the circuit court is reversed.

---

## SMITH v. RUNKEL, ROWLEY & CO.

(Opinion filed November 22, 1899.)

Appeal from circuit court, Meade county.  Hon. A. J. PLOWMAN, Judge.

Action by Peter A. Smith against Runkel, Rowley & Co. From an order overruling a motion to discharge an attachment, defendant appeals.  Affirmed.

*Rice & Polley,* for appellant.

*Smith & Brown,* for respondent.

Memorandum opinion.

PER CURIAM.  The questions presented by this appeal are the same as those in Chaffee v. Runkel, Rowley & Co., 11 S. D. 333, 77 N. W. 583.  The order of the circuit court is affirmed.

---

## CITY OF MITCHELL v. SMITH, City Auditor.

Act Cong. July 30, 1886, (24 Stat. 170), prohibits a municipal corporation in a territory from becoming indebted to an amount exceeding 4 per cent of the value of its taxable property, and renders obligations created in excess of such amount void, but declares that it shall not affect debts previously contracted by virtue of acts of the territorial legislature,